IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

MARCUS GANZIE, #1041258,

    Plaintiff,

v.                                                  Civil Action No. 2:24cv460

GOVERNOR GLENN YOUNGKIN, *et al.*,

    Defendants.

## RESPONSE TO MOTION TO COMPEL

Defendants Governor Glenn Youngkin, Chadwick Dotson, Patricia West, Lloyd Banks, Michelle Dermyer, Toby Vick and Samuel Boone, by counsel and in response to Plaintiff's Motion to Compel (ECF # 35) state the following.

Plaintiff has filed a Motion to Compel (ECF #35) in which he requests this Court to order Sussex I State Prison to allow Plaintiff access to the law library.

Plaintiff alleges that he requested and was given access to the law library at Sussex I. "That access is afforded every other week 1 hr. and a ½." ECF # 35 ¶ 3. He alleges that without access to the law library he believes his ability to prosecute his case is stifled. In a declaration accompanying his motion, he alleges that the Office of the Attorney General has "primary responsibility of Law Library's." ECF #35, Declaration, ¶ 6.

Neither the Office of the Attorney General nor the undersigned counsel has responsibility for the law libraries provided by the state prison facilities. Furthermore, by statute, the Circuit Court of the jurisdiction in which the prison is located may appoint an attorney to act as a collateral source for law library materials. See Va. Code §53.1-40. It

1

is important to note that Plaintiff is not stating that he is being denied all access to the law library just not the access at the times and at the lengths that he may wish. Counsel has no wish to hamper Plaintiff's access to the law library or his ability to prosecute his intended action. To that end, counsel has not, and will not, oppose reasonable enlargements of time requested by Plaintiff.[1]

That said, a motion to compel does not lie for this situation. Sussex I State Prison is not a party to this proceeding and therefore is not subject to such a motion. To the extent that this could be construed as a request for preliminary injunction, Plaintiff has already requested such in his motion for a preliminary injunction to which Defendants responded. See ECF # 30.

Wherefore, Defendants respectfully request this Court deny Plaintiff's Motion to Compel.

Respectfully Submitted,

GOVERNOR GLENN YOUNGKIN
CHADWICK DOTSON, PATRICIA WEST,
LLOYD BANKS, MICHELLE DERMYER,
TOBY VICK, and SAMUEL BOONE

By: /s/ Richard C. Vorhis
Richard C. Vorhis, VSB #23170
Senior Assistant Attorney General
Office of the Attorney General
Public Safety and Enforcement Division
202 North 9th Street
Richmond, Virginia 23219
(804) 786-4805
(804) 786-4239 (fax)

---

[1] Plaintiff recently filed a "Motion for Leave to File Supplemental Pleadings" ECF #34, to which Defendants have not objected.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of December 2025, I electronically filed the foregoing Response to Motion to Compel using the CM/ECF system which will send notification of such filing to the following: N/A

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

VADOC Centralized Mail Distribution Center
Marcus Ganzie, #1041258
3521 Woods Way
State Farm, Virginia 23160

/s/ Richard C. Vorhis
Richard C. Vorhis, VSB #23170
Senior Assistant Attorney General
Office of the Attorney General
Public Safety and Enforcement Division
202 North 9th Street
Richmond, Virginia 23219
(804) 786-4805
(804) 786-4239